In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-576 CV


____________________



IN RE LAURA J. EDWARDS






Original Proceeding






 MEMORANDUM OPINION


 On November 16, 2007, Laura J. Edwards filed a petition for writ of mandamus. We
requested a response from the real party in interest. On November 19, 2007, the trial court
rescinded the order at issue in this mandamus proceeding. This original proceeding is moot.

 Accordingly, this original proceeding is dismissed without regard to the merits of the
issues raised in the petition for writ of mandamus.

 PETITION DISMISSED.

 PER CURIAM

Opinion Delivered January 10, 2008

Before McKeithen, C.J., Kreger and Horton, JJ.